UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EDWARD EZOR, <br><br> Plaintiff, <br><br> v. <br><br> JIM MCDONNELL, <br><br> Defendant. | NO. CV 19-8851-JVS (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that the Defendants' motion to dismiss the First Amended Complaint is GRANTED without leave to amend, and judgment is entered dismissing the federal claims with prejudice and the state law claims without prejudice. All pending motions are denied as moot.

DATED: December 18, 2020

JAMES V. SELNA
United States District Judge