UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EDWARD EZOR, <br> Plaintiff, <br> v. <br> JIM MCDONNELL, <br> Defendant. | NO. CV 19-8851-JVS (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the federal claims in the First Amended Complaint are dismissed with prejudice and the state law claims are dismissed without prejudice.

DATED: December 18, 2020

_____
JAMES V. SELNA
United States District Judge